# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

CHRISTOPHER JASON THOMPSON, :

        Petitioner,   :   Case No. 2:24-cv-4224

- vs -   :   District Judge Algenon L. Marbley
           Magistrate Judge Michael R. Merz

WARDEN, North Central Correctional   :
Institution,
  :
        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Petitioner's Request for Recusal of District Judge Algenon L. Marbley (ECF No. 7) is DENIED.

DATED:  April 7, 2025

                                              Algenon L. Marbley
                                              United States District Judge